No. 88–6512.   SUTTON v. TENNESSEE.   Sup. Ct. Tenn.;
No. 88–7332.   JIMERSON v. ILLINOIS.   Sup. Ct. Ill.;
No. 88–7444.   THOMPSON v. TENNESSEE.   Sup. Ct. Tenn.;
No. 88–7451.   OTEY v. GRAMMER, WARDEN.   C. A. 8th Cir.;
No. 89–5008.   SALAZAR v. ILLINOIS.   Sup. Ct. Ill.;
No. 89–5016.   LIBBERTON v. ARIZONA.   Sup. Ct. Ariz.;
No. 89–5121.   HAMBLEN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;
No. 89–5133.   McCALL v. ARIZONA.   Sup. Ct. Ariz.;
No. 89–5146.   ODLE v. ILLINOIS.   Sup. Ct. Ill.;
No. 89–5219.   YOUNG v. ILLINOIS.   Sup. Ct. Ill.;
No. 89–5232.   PHILLIPS v. ILLINOIS.   Sup. Ct. Ill.;
No. 89–5265.   NASH v. ARIZONA.   Sup. Ct. Ariz.;
No. 89–5435.   MAHAFFEY v. ILLINOIS.   Sup. Ct. Ill.;
No. 89–5443.   FLORES v. ILLINOIS.   Sup. Ct. Ill.;
No. 89–5470.   TAYLOR v. TENNESSEE.   Sup. Ct. Tenn.;
No. 89–5513.   HENLEY v. TENNESSEE.   Sup. Ct. Tenn.;
No. 89–5545.   BRACY v. ARIZONA.   Sup. Ct. Ariz.;
No. 89–5616.   McKINNEY v. IDAHO.   Sup. Ct. Idaho;
No. 89–5633.   HOOPER v. ARIZONA.   Sup. Ct. Ariz.;
No. 89–5635.   MILLER v. TENNESSEE.   Sup. Ct. Tenn.;
No. 89–5704.   ALLEN v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.   Super. Ct. Ga., Butts County;

No. 89–5848.   FOSTER v. OKLAHOMA.   Ct. Crim. App. Okla.;

No. 89–5990.   KENNEDY v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla.;

No. 89–6298.   STEWART v. FLORIDA.   Sup. Ct. Fla.;

No. 89–6317.   COLEMAN v. ILLINOIS.   Sup. Ct. Ill.;

No. 89–6459.   OWENS v. ILLINOIS.   Sup. Ct. Ill.;

No. 89–6461.   JACKSON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla.;

No. 89–6600.   BUXTON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.;

No. 89–6626.   LANKFORD v. IDAHO.   Sup. Ct. Idaho;

No. 89–6778.   SIDEBOTTOM v. MISSOURI.   Sup. Ct. Mo.;

No. 89–6870.   HOLMAN v. ILLINOIS.   Sup. Ct. Ill.;

No. 89–6953.   KOKORALEIS v. ILLINOIS.   Sup. Ct. Ill.;

No. 89–7080.   BERTOLOTTI v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;

No. 89–7178.   COLLINS v. MARYLAND.   Ct. App. Md.;

No. 89–7474.   LUSK v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;

No. 89–7512.   ISAACS v. GEORGIA.   Sup. Ct. Ga.; and

No. 89–7528.   SIEBERT v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.   Reported below: No. 88–6512, 761 S. W. 2d 763; No. 88–7332, 127 Ill. 2d 12, 535 N. E. 2d 889; No. 88–7444, 768 S. W. 2d 239; No. 88–7451, 859 F. 2d 575; No. 89–5008, 126 Ill. 2d 424, 535 N. E. 2d 766; No. 89–5133, 160 Ariz. 119, 770 P. 2d 1165; No. 89–5146, 128 Ill. 2d 111, 538 N. E. 2d 428; No. 89–5219, 128 Ill. 2d 1, 538 N. E. 2d 453 and 461; No. 89–5232, 127 Ill. 2d 499, 538 N. E. 2d 500; No. 89–5435, 128 Ill. 2d 388, 539 N. E. 2d 1172; No. 89–5443, 128 Ill. 2d 66, 538 N. E. 2d 481; No. 89–5470, 771 S. W. 2d 387; No. 89–5513, 774 S. W. 2d 908; No. 89–5616, 115 Idaho 1125, 772 P. 2d 1219; No. 89–5635, 771 S. W. 2d 401; No. 89–5848, 779 P. 2d 591; No. 89–5990, 551 So. 2d 461; No. 89–6298, 549 So. 2d 171; No. 89–6317, 129 Ill. 2d 321, 544 N. E. 2d 330; No. 89–6459, 129 Ill. 2d 303, 544 N. E. 2d 276; No. 89–6461, 554 So. 2d 1168; No. 89–6600, 879 F. 2d 140; No. 89–6626, 116 Idaho 860, 781 P. 2d 197; No. 89–6778, 781 S. W. 2d 791; No. 89–6870, 132 Ill. 2d 128, 547 N. E. 2d 124; No. 89–6953, 132 Ill. 2d 235, 547 N. E. 2d 202; No. 89–7080, 883 F. 2d 1503; No. 89–7178, 318 Md. 269, 568 A. 2d 1; No. 89–7474,

890 F. 2d 332; No. 89–7512, 259 Ga. 717, 386 S. E. 2d 316; No. 89–7528, 555 So. 2d 780.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.